# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2017

*The Court of Appeals hereby passes the following order*

**A18D0204. CARLA THOMAS et al. v. TKS OF SAVANNAH, INC. et al..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2016RCCV00283



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 20, 2017.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*